UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCOTT MOISSES PIERRE,

    Plaintiff,

v.                                                     Case No.: 2:24-cv-1103-SPC-KCD

CERT. OFFICER LEILA LITMAN,
CERT. OFFICER RONGA and
OFFICER RUSSO,

    Defendants.
_____/

## OPINION AND ORDER

This matter comes before the Court on a *sua sponte* review of the file. Plaintiff Scott Moisses Pierre, who is proceeding pro se and in forma pauperis, sues multiple Defendants under 42 U.S.C. § 1983 for violating his civil rights. (Doc. 1). On March 18, 2025, Defendants moved to dismiss the complaint. (Doc. 18). Several months went by without a response from Plaintiff. So on July 9, 2025, the Court ordered Plaintiff to show cause by July 23, 2025, why this case should not be dismissed for failure to prosecute. (Doc. 23). And it cautioned him that failure to comply with the Order would result in dismissal without further notice. (*Id.*). Plaintiff failed to comply. It thus appears Plaintiff has abandoned this case, so it is dismissed. *See* M.D. Fla. R. 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff

in response to an order to show cause fails to demonstrate due diligence and just cause for delay.").

Accordingly, it is now

**ORDERED:**

1. Plaintiff's case is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on July 30, 2025.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record